# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| David Chester Faulkner *Plaintiff* ) ) | |
| v. ) | Civil Action No. 3:11-CV-154 |
| Warden David R. Osborne, et al. *Defendant* ) ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Plaintiff David Chester Faulkner recover nothing. The Plaintiff's medical claim against Ronald Higgs, M.D., be dismissed with prejudice. The Plaintiff's claim against Defendants David Osborne, Bill King, Ginger Davidson, Fred James, and Dan Walker, be dismissed without prejudice for failure to exhaust his administrative remedies.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge H. Bruce Guyton on a motion for for summary judgment filed by Ronald Higgs, M.D., and a motion to dismiss filed by Defendants David Osborne, Bill King, Ginger Davidson, Fred James, and Dan Walker.

Date: 03/13/2012

*CLERK OF COURT*

s/ A. Brush
*Signature of Clerk or Deputy Clerk*